UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,          :     20-Cr-652 (SHS)

    -v-                                :     <u>ORDER</u>

NAREK MARUTYAN,                     :

       Defendant.              :

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A bail appeal having been held today via teleconference, with defendant and counsel for all parties, and the pretrial services officer:

    IT IS HEREBY ORDERED that:

1. The government's request to revoke defendant's bail is denied;

2. Defendant's bail is continued with the following conditions:

    (a) Strict Pretrial Services supervision;

    (b) Defendant shall surrender all passports and travel documents to Pretrial Services in the Southern District of New York within one week, and make no new travel applications;

    (c) Travel is restricted to the Southern District of New York and the State of New Jersey;

    (d) Home detention with electronic monitoring. The bracelet shall be installed in the Central District of California, to the extent possible;

    (e) Defendant shall maintain or actively seek employment. Defendant may leave his home for employment, with the approval of Pretrial Services;

    (f) Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness or codefendant, except while in the presence of counsel. Defendant may contact his brother, Albert Marutyan;

    (g) Defendant shall refrain from possessing a firearm, weapon, or any destructive device;

    (h) Defendant shall not use or possess any identification, mail matter, access device, or identification-related material other than in his own legal or true name without the prior permission of Pretrial Services;

    (i) Defendant shall submit to search at the direction of Pretrial Services;

    (j) A personal recognizance bond in the amount of $200,000.00, cosigned by two financially responsible persons. The defendant shall post the bond before he leaves the Central District of California;

    (k) Defendant shall not use or possess illegal drugs or alcohol;

    (l) Defendant shall submit to drug or alcohol testing as directed by Pretrial Services.

Dated: New York, New York
   December 16, 2020

              SO ORDERED:

              _____
              Sidney H. Stein, U.S.D.J.