UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

                                    Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-     ( )( )

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_____          _____
Defendant's Signature                                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____          _____
Print Defendant's Name                                   Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____                        _____
Date                                                                    U.S. District Judge/U.S. Magistrate Judge