```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2020
```

**GEORGE MGDESYAN (SBN 225476)**
**MGDESYAN LAW FIRM**
4529 Sherman Oaks Ave.
Sherman Oaks, CA 91403
Tel: (818) 386-6777
Fax: (818) 754-6778
Email: george@mgdesyanlaw.com

**Attorney for NAREK MARUTYAN**

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 20-CR-652 |
| Plaintiff, | ) [PROPOSED] ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD NAREK MARUTYAN |
| vs. | ) |
| NAREK MARUTYAN, | ) |
| Defendant. | ) |

    Having considered Defendant's Motion to Withdraw As Counsel Of Record, and good cause appearing thereof, it is hereby ordered that attorney George G. Mgdesyan is hereby relieved as counsel of record for Defendant Narek Marutyan.

    This Order shall become effective only upon new counsel for Defendant Narek Marutyan filing a Notice of Appearance.

**IT IS SO ORDERED.**

DATED: 12/28/2020

_____
Victor Marrero
U.S.D.J.

1