USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :   20-CR-652 (VM)
                                    :
         - against -                :   ORDER
                                    :
NAREK MARUTYAN, et al.,             :
                                    :
                  Defendants.       :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health emergency, the initial conference before the Honorable Victor Marrero on Thursday, January 21, 2021 at 2:00 p.m. shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**
Dated:    New York, New York
          20 January 2021

_____
Victor Marrero
U.S.D.J.