# ZMO Law PLLC



January 20, 2021

*Via ECF*

Hon. Victor Marrero
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    RE: *USA v. Narek Marutyan*, 20 Cr. 652 (VM)

Dear Judge Marrero:

I was appointed on December 21, 2020 to represent Narek Marutyan in the above-captioned matter pursuant to the Criminal Justice Act. On January 15, 2021, Dennis Ring, Esq. entered a notice of appearance on behalf of Mr. Marutyan. At Mr. Marutyan's request, I have discussed the case with Mr. Ring and provided him with relevant documents. Mr. Ring and Mr. Marutyan are aware of and plan to attend the phone conference scheduled for tomorrow.

Accordingly, since Mr. Marutyan has retained counsel, I respectfully request leave to withdraw from my representation of Mr. Marutyan.

Thank you for your attention to this case.

                      Very truly yours,

                      *Zachary Margulis-Ohnuma*

                      Zachary Margulis-Ohnuma

CC: All Counsel (via ECF)



The request is granted.

SO ORDERED.
1/21/2021
DATE — VICTOR MARRERO, U.S.D.J.

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • info@zmolaw.com
www.zmolaw.com

ZMO Law PLLC

1/20/21
Page 2