USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2021

# Dennis J. Ring, Esq.
**Attorney at Law**
**148-29 Cross Island Parkway**
**Whitestone, New York 11357**
Tel (718) 357-1040
Fax (718) 357-4926
DennisRingLaw@Gmail.com

---

July 6, 2021

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
<u>Filed via ECF</u>

      Re: <u>United States v. Narek Marutyan</u>
         <u>Indictment No. 20-CR-652 (VM)</u>

Dear Judge Marrero,

  I am writing with respect to the bail review hearing ordered regarding my client Narek Marutyan. I have spoken to AUSA Abigail Kurland who informs me that her office has no objection to Mr. Marutyan remaining released on the current bond as long as a condition is added requiring him to enroll in a substance abuse treatment program as directed by Pretrial Services. I have no objection to such a condition being added.

  Accordingly, I ask that Mr. Marutyan's bail conditions be amended to require him to enroll in a substance abuse treatment program as directed by Pretrial services. I also ask that with this amendment the bail review be deemed satisfied.

              Respectfully submitted,

              /s/ Dennis J. Ring
              Dennis J. Ring

---

The requests are granted. Defendant Narek Marutyan's bail conditions are hereby modified to include a condition requiring enrollment in a substance abuse treatment program as directed by Pretrial Services. The Court's previous Order directing the parties to participate in a bail hearing in magistrate court is suspended.

**SO ORDERED.**

7/8/2021
DATE

VICTOR MARRERO, U.S.D.J.