

U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2021

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2021

**BY EMAIL & ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Narek Marutyan, et al.*, 20 Cr. 652 (VM)

Dear Judge Marrero:

    The Government respectfully writes in response to the Court's inquiry regarding the upcoming July 17, 2021 status conference. The parties have conferred and agree that adjourning the conference to a date in mid-December or later, at the Court's convenience, would allow the Government to continue to produce discovery in this matter, which as the Court is aware is voluminous; permit the defendants time to review discovery and to consider the filing of motions; and allow plea discussions amongst several parties to continue. To that end, the defendants would also consent to an exclusion of time.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      United States Attorney

                By:   /s/ Emily Deininger
                      Emily Deininger
                      Benet J. Kearney
                      Abigail S. Kurland
                      Assistant United States Attorneys
                      260/2955

---

Request **GRANTED**. The status conference currently scheduled for September 17, 2021, is hereby adjourned until December 17, 2021, at 2:30 p.m. Upon consent of the parties, time is excluded under the Speedy Trial Act until December 17, 2021.

**SO ORDERED.**

September 15, 2021

/s/ Victor Marrero
Victor Marrero
U.S.D.J.