```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        -against-

NAREK MARUTYAN,

        Defendant.

**20 CR 652 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

On February 22, 2022, defendant Narek Marutyan requested a modification to his pretrial conditions; specifically that home detention be modified to a curfew enforced by location monitoring. (Dkt. No. 150.) On February 28, 2022, the Government filed an opposition to the request, and noting that Mr. Marutyan has repeatedly violated the conditions of his pretrial release. (Dkt. No. 154.)

It is hereby ordered that defendant Narek Marutyan's request for a modification of pretrial conditions, (Dkt. No. 150), is **DENIED**.

**SO ORDERED.**

Dated:   New York, New York
          March 1, 2022

_____
Victor Marrero
U.S.D.J.