```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/22
```

UNITED STATES OF AMERICA,

       -against-

NAREK MARUTYAN, ALBERT MARUTYAN,
MIKAYEL YEGHOYAN, VAHE HOVHANNISYAN,
LUSINE GHAZARYAN, SARO MOURADIAN,
ZAVEN YERKARYAN,

       Defendants.

20 CR 652 (VM)

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    In light of the ongoing public health emergency, the status conference schedule for May 20, 2022, at 11:00 a.m., will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    May 17, 2022
           New York, New York

                                                            Victor Marrero
                                                              U.S.D.J.