```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

NAREK MARUTYAN, et al.,

                Defendants.

**20 Crim. 652 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

Upon request of the Government (Dkt. No. 193), the Court hereby schedules a status conference to discuss the filing of pre-trial motions and a schedule for trial for December 2, 2022, at 10:30 a.m.

**SO ORDERED.**

Dated:    24 October 2022
             New York, New York

                                            _____
                                                Victor Marrero
                                                  U.S.D.J.