```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

NAREK MARUTYAN, et al.,

                Defendant.

**20 Cr. 652 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The hearing scheduled for December 2, 2022 is hereby adjourned until January 6, 2023, at 1:00 p.m. The hearing shall take place in Courtroom 15b. All parties shall appear in person. Accordingly, the motions to appear remotely (Dkt. Nos. 207 & 209) are DENIED as moot.

    All parties to this action have informed the Court of their consent to an exclusion of time from the Speedy Trial Act until January 6, 2023.

    It is hereby ordered that time until January 6, 2023, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:     December 2, 2022
           New York, New York

_____
                              Victor Marrero
                              U.S.D.J.