USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

                Plaintiff,

    - against -

NAREK MARUTYAN,

                Defendant.

---

20 Cr. 652 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Defendant, Narek Marutyan, requests modification of the conditions of his bond. (Dkt. No. 227.) The Court hereby grants the request and modifies the conditions of Mr. Marutyan's bond to permit Pretrial Services the discretion to set a daily curfew for Mr. Marutyan in place of home confinement for the purposes of employment.

**SO ORDERED.**

Dated:    13 January 2023
            New York, New York

                                        _____
                                            Victor Marrero
                                              U.S.D.J.