# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

**JAMES KOUSOUROS**
FOUNDER & PRINCIPAL

**STUART GOLD**
SENIOR COUNSEL

**EMMA J. COLE**
LEGAL ASSISTANT

March 20, 2023

<u>By ECF</u>

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/21/2023
```

**Re:** *United States v. Narek Marutyan, et al.*, 20 Cr. 652 (VM)

Dear Judge Marrero:

This letter is respectfully submitted with the consent of the Government to request an additional two-weeks to file our pre-trial motions. We have received a plea agreement and we are confident that a resolution will be forthcoming.

Thank you for your consideration.

Respectfully submitted,

/s/ James Kousouros
James Kousouros, Esq.

c.c.

Emily Deininger
Assistant United States Attorney

**Request GRANTED.** The deadline for Defendant to file his pre-trial motion is extended two-weeks until April 7, 2023. All other deadlines are extended two-weeks, too. Government's opposition shall be due May 15, 2023. Defendant's reply shall be due May 22, 2023.

**SO ORDERED.**

03/21/2023
DATE

/s/ Victor Marrero, U.S.D.J.

1