JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

April 5, 2023

By ECF

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 04/07/2023

**Re: *United States v. Narek Marutyan, et al.*, 20 Cr. 652 (VM)**

Dear Judge Marrero:

We write to respectfully request an additional thirty days with which to file motions. Our negotiations with the Government have been fruitful and we recently received a final offer which we anticipate will resolve the case. As the offer includes the possibility of consideration for a global point we are working towards a hopeful global resolution. The additional time requested will enable us to finalize our discussion. The Government has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

/s/ James Kousouros
James Kousouros, Esq.

c.c.

Emily Deininger
Assistant United States Attorney

Request **GRANTED.** All briefing deadlines for the proposed pretrial motion shall be extended by thirty (30) days.

**SO ORDERED.**

04/07/2023
DATE

VICTOR MARRERO, U.S.D.J.