```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/10/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

ALBERT MARUTYAN, NAREK MARUTYAN, MIKAYEL YEGHOYAN,

                Defendants.

**20 Cr. 652 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

The defendants' joint application for modification of the conditions of their bail, Dkt. No. 249, is **GRANTED**. Defendants' bail conditions are modified to permit them to attend the wedding of Albert Marutyan and the reception on April 18, 2023, provided that any contact between defendants be strictly limited to wedding-related exchanges of greetings, congratulatory remarks, and goodbyes. The Clerk of the Court is respectfully directed to terminate the pending motion at Dkt. No. 249.

**SO ORDERED.**

Dated:    10 April 2023
            New York, New York

                                          _____
                                          Victor Marrero
                                            U.S.D.J.