# JAMES KOUSOUROS
## ATTORNEY AT LAW

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

May 14, 2023

By ECF

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2023

Re:   *United States v. Narek Marutyan, et al.*, 20 Cr. 652 (VM)

Dear Judge Marrero:

    This letter is respectfully summitted to request the Court issue an order permitting Mr. Marutyan to travel to California from May 18, 2023, to May 22, 2023, in order to visit his wife for her birthday.

    Assistant United States Attorney Emily Deininger has no objection to the instant request providing Mr. Marutyan provides a copy of his itinerary to his Pretrial Services Officer in advance of his departure and checks in upon his return. Pretrial Services Officer Francesca Piperato has no objection on the understanding he will provide his proposed itinerary in advance.

    Thank you for your consideration.

    Respectfully submitted,

    /s/ James Kousouros

    James Kousouros, Esq.

c.c.

Emily Deininger
Assistant United States Attorney

Francesca Piperato
Pretrial Services Officer



Request **GRANTED**. Mr. Marutyan may travel to California from May 18 to May 22, 2023 for the purposes and on the terms specified above.

**SO ORDERED.**

05/16/2023
DATE

VICTOR MARRERO, U.S.D.J.