USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

UNITED STATES OF AMERICA

 -v.-

NAREK MARUTYAN,

      Defendant.

---------------------------------------- x

**ORDER**

20 Cr. 652 (VM)

WHEREAS, with the consent of defendant Narek Marutyan, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on June 12, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is set for October 20, 2023 at 11:30 a.m.

SO ORDERED.

Dated:    New York, New York
              July 12, 2023

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE