# JAMES KOUSOUROS
### ATTORNEY AT LAW

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

August 17, 2023

By ECF

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/18/2023

**Re:    *United States v. Narek Marutyan, et al.*, 20 Cr. 652 (VM)**

Dear Judge Marrero:

This letter is respectfully submitted to request that the Court extend the deadline to submit any objections to the draft Presentence Report currently due August 18, 2023, by 14-days to September 1, 2023.

The undersigned is preparing for a three defendant murder-for-hire trial, *United States v. Yu et al.,* 22 Cr. 208 (CBA) pending in the Eastern District of New York, scheduled to begin on September 11, 2023, and has not been able to meet with Mr. Marutyan as we prepare and file extensive submissions in reference to the EDNY case. The requested extension will permit us to meet with Mr. Marutyan and file any objections on his behalf.

Probation Officer Robert Flemen and Assistant United States Attorney Emily Deininger have no objection to the instant request.

Thank you for your consideration.

Respectfully submitted,

/s/ James Kousouros
James Kousouros, Esq.
*Counsel for Narek Marutyan*

c.c.

Emily Deininger
Assistant United States Attorney

Robert Flemen
Probation Officer



Request **GRANTED.** The deadline to submit objections to the draft Presentence Report is extended by 14 days to September 1, 2023.

**SO ORDERED.**

08/18/2023
DATE

VICTOR MARRERO, U.S.D.J.