# JAMES KOUSOUROS
## ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

September 26, 2023

By ECF

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2023
```

Re:   *United States v. Narek Marutyan, et al.*, 20 Cr. 652 (VM)

Dear Judge Marrero:

    This letter is respectfully submitted to request that the Court modify the conditions of Mr. Marutyan's bond to permit him to travel within the continental United States for employment purposes. Mr. Marutyan is currently limited in his employment as he cannot accept long distance trucking jobs given his travel restrictions.

    Pretrial Services Officer Francesca Piperato has no objection to the instant request provided Mr. Marutyan continue to provide proof of employment and provides proof of travel for employment purposes in advance. The Government defers to the position of Pretrial Services.

    Thus, we respectfully request that the Court modify the conditions of Mr. Marutyan's bond to permit him to travel within the continental United States for employment purposes.

    Thank you for your consideration.

Respectfully submitted,

/s/ James Kousouros

James Kousouros, Esq.

c.c.

Emily Deininger
Assistant United States Attorney

Francesca Piperato
Pretrial Services Officer



Request **GRANTED.**

The above request is hereby granted, subject to the conditions identified by Pretrial Services.

SO ORDERED.

09/27/2023
DATE

VICTOR MARRERO, U.S.D.J.