```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

NAREK MARUTYAN and ZAVEN YERKARYAN,

                Defendants.

---

20 Cr. 652 (VM)

<u>ORDER</u>

**VICTOR MARRERO**, United States District Judge.

    Upon consent of the parties, the sentencing of Narek Marutyan currently scheduled for February 16, 2024 is hereby **ADJOURNED** to March 8, 2024 at 3 PM, and the sentencing of Zaven Yerkaryan currently scheduled for February 23, 2024 is hereby **ADJOURNED** to March 8, 2024 at 2 PM.

**SO ORDERED.**

Dated:    6 February 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.

1