```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

             Plaintiff,

- against -

SARO MOURADIAN, ZAVEN YERKARYAN, and NAREK MARUTYAN,

             Defendants.

---

**20 Cr. 652 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon consent of the parties,

- the sentencing of Saro Mouradian, currently scheduled for March 8, 2024, is hereby **ADJOURNED** to March 14, 2024 at 1 PM;

- the sentencing of Narek Marutyan, currently scheduled for March 8, 2024, is hereby **ADJOURNED** to March 14, 2024 at 2 PM; and

- the sentencing of Zaven Yerkaryan, currently scheduled for March 8, 2024, is hereby **ADJOURNED** to April 19, 2024 at 2 PM.

**SO ORDERED.**

Dated:    4 March 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.

1